UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                          Case No. 6:17-bk-04998-LVV
                                                                                                Chapter 13

Tanglia Bailey & Tom Bailey, Sr

              Debtors                        /

## SUGGESTION OF DEATH

   Please take notice that Tanglia Bailey passed away on September 20th, 2020. Tom Bailey Sr. passed away on December 26th, 2020.

Respectfully submitted this 21st day of October, 2020

                                                                */s/ Shelley Hogue Esq*
                                                                Shelley Hogue, Esq
                                                                Attorney for Debtor
                                                                1209 Edgewater Drive, Suite 203A
                                                                Orlando, FL 32804
                                                                407-413-8400 Telephone
                                                                Fla. Bar No. 44184